GROWER, Respondent, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. June 3, 1902.) Action by Nellie I. Grower, as administratrix, etc., against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment and order reversed, and new trial ordered, with costs to the appellant to abide event, upon questions of law only; the facts having been examined and no error found therein. Held, that plaintiff's intestate was guilty of contributory negligence

in not detecting the approach of the defendant's train.

McLENNAN, J., concurs in result, upon the ground that the finding of the jury that plaintiff's intestate was free from contributory negligence was against the weight of the evidence. ADAMS, P. J., dissents upon the authority of Seeley v. Railroad Co., 8 App. Div. 402, 40 N. Y. Supp. 866, Henavie v. Same, 166 N. Y. 280, 59 N. E. 901, and Zwack v. Railroad Co., 160 N. Y. 362, 54 N. E. 785.